# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DANN LEE SIMMS, SR.,**

    **Plaintiff,**

    v.                                       **Civil Action 2:22-cv-2701**
                                           **Judge Edmund A. Sargus**
                                           **Magistrate Judge Jolson**

**CITY OF NELSONVILLE, et al.,**

    **Defendants.**

## DEFICIENCY NOTICE

This matter is scheduled for a preliminary pretrial conference on August 24, 2022. As set forth in the Notice of Preliminary Pretrial Conference (Doc. 5), the report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov. To date, the parties have failed to file their joint Rule 26(f) Report. Consequently, the parties are hereby advised of their deficiency.

Date: August 19, 2022                                     /s/ Kimberly A. Jolson
                                                                    KIMBERLY A. JOLSON
                                                                    UNITED STATES MAGISTRATE JUDGE